*Frank H. Towsley* and *Frederick C. Bangs* for appellant.

*Leonard H. Steibel, Bernard B. Smith* and *Nelson Seitel* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.

CITY OF WHITE PLAINS, Appellant, *v.* KENNETH F. HADERMANN, Respondent.

Argued October 2, 1947; decided October 16, 1947.

*William R. Condit, Corporation Counsel (Samuel Faile* of counsel), for appellant.

*Aaron Simmons, Corporation Counsel (Murray C. Fuerst* of counsel), for City of New Rochelle, *amicus curiæ,* in support of appellant's position.

*Charles A. Voss* for respondent.

Judgment affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.